# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| United States of America | ) |
|---|---|
| v. | ) |
| Julyen Alonzo Martin | ) Case No. CR 22-100 SRN/ECW (1) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Julyen Alonzo Martin,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1 - Cyberstalking, 18:2261A(2)(A)-(B); Count 2 - Cyberstalking, 18:2261A(2)(B); Counts 3-5, Interstate Transmission of a Threat To Injure Person of Another, 18:875(c); Count 6 - Impersonating an Officer of the United States, 18:912.

Date: 05/24/2022

*Issuing officer's signature*

City and state: Minneapolis, MN

Kate M. Fogarty, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____         Weight: _____

Sex: _____            Race: _____

Hair: _____           Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____