**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE:   BECKY R. THORSON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:          22-cr-100 SRN/ECW |
| | ) | Date:              August 16, 2022 |
| Julyen Alonzo Martin, | ) | Courthouse:      St. Paul |
| | ) | Courtroom:       3C |
| Defendant, | ) | Time Commenced:   11:43 a.m. |
| | | Time Concluded:    1:10 p.m. |
| | | Time in Court:      1 hour, 27 minutes |

X **DETENTION HRG ONLY**

APPEARANCES:

  Plaintiff: Hillary Taylor, Assistant U.S. Attorney
  Defendant: Kevin DeVore,
             X CJA

On   X Indictment

X Deft Ordered Detained - Govt to submit proposed order

Additional Information:

Defendant arraigned, see arraignment minutes and order.

Government exhibits 1-20 admitted publicly.   Government moves to admit exhibits 21-24 under seal. Granted.

William Falknor testified.

                                                                    _____s/SAE_____
                                                            Signature of Criminal Duty Clerk