UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-100 (SRN/ECW)

UNITED STATES OF AMERICA,

Plaintiff,

v.

JULYEN ALONZO MARTIN,

Defendant.

**ORDER GRANTING MOTION TO MODIFY DETENTION ORDER**

The United States moved to modify the detention order to include a condition of no contact by Defendant Julyen Alonzo Martin, or any persons associated with or directed by the Defendant, with any of the named victims and witnesses reflected in the Indictment or with any additional unnamed victims to be disclosed in the course of the ongoing case and investigation.

**THEREFORE, IT IS HEREBY ORDERED**, based upon the record, arguments presented, and upon good cause shown, that the Government's motion is **GRANTED**. The Defendant shall have no contact either directly or indirectly through any party acting on his behalf and at his direction with any of the named and unnamed victims and witnesses.

Dated:  August 22, 2022

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge