UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 22-CR-100 (SRN/ECW) |
| | ) | |
| v.                    Plaintiff, | ) | |
| | ) | **DEFENDANT'S MOTION FOR** |
| JULYEN ALONZO MARTIN, | ) | **MENTAL HEALTH EXAMINATION** |
| | ) | **PURSUANT TO 18 U.S.C. § 4241(a)** |
| Defendant. | ) | |

Defendant, Julyen Alonzo Martin, through his undersigned counsel, respectfully moves the Court for an Order directing the defendant to undergo a mental health examination pursuant to 18 U.S.C. § 4241(a), in order to determine defendant's mental competency.

Defense counsel has reason to believe the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Accordingly, the undersigned, on behalf of the defendant, so moves the Court to order a mental health examination pursuant to 18 U.S.C. § 4241(a).

Respectfully submitted,

DEVORE LAW OFFICE, P.A.

Dated:  November 3, 2022

*s/Kevin W. DeVore*
Kevin W. DeVore, #267302
724 Bielenberg Drive, Suite 110
Woodbury, MN  55125
(651) 435-6500

Attorney for Defendant Julyen Alonzo Martin