UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,         Case No. 22-CR-100 (SRN/ECW)

    Plaintiff,

v.                                             **ORDER**

JULYEN ALONZO MARTIN,

    Defendant.

---

Hillary A. Taylor, U.S. Attorney's Office, District of Minnesota, 300 South 4th Street, Suite 600, Minneapolis, MN 55415 for the United States.

Kevin W. DeVore, DeVore Law Office, P.A., 724 Bielenberg Drive, Suite 110, Woodbury, MN 55125 for Defendant Martin.

---

This matter is before the Court on Defendant's Motion for Mental Health Examination Pursuant to 18 U.S.C. § 4241(a) [Doc. No. 43]. Defense counsel moves the Court pursuant to 18 U.S.C. § 4241 for a complete psychiatric examination and subsequent hearing to determine whether Defendant is competent to stand trial. The Government does not object to the request. [Doc. No. 44]

Based on the motion and statements made on the record at the November 3, 2022 hearing, the Court finds that there is reasonable cause to believe that "defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. § 7574(a).

Therefore, IT IS HEREBY ORDERED that:

1. The Defendant's Motion for Mental Health Examination Pursuant to 18 U.S.C. § 4241(a) is GRANTED;

2. The Defendant is committed to the custody of the Attorney General for placement in a suitable facility for a reasonable period, not to exceed thirty days, for a psychiatric or psychological examination;

3. A psychiatric or psychological report shall be filed with the Court, pursuant to the provisions of sections 4247(b) and (c); and

4. After the psychiatric or psychological report has been filed, a hearing will be conducted in accordance with 18 U.S.C. § 4241(c) and (d).

Dated: November 7, 2022

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge