# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **COURT MINUTES - CRIMINAL** |
| Plaintiff, | ) |
| v. | ) Case No:  22-CR-100 (SRN/ECW) |
| | ) Date:  Friday, September 22, 2023 |
| JULYEN ALONZO MARTIN, | ) Court Reporter:  Carla Bebault |
| | ) Courthouse:  Saint Paul |
| Defendant. | ) Courtroom:  7B |
| | ) Time Commenced:  11:00 a.m. |
| | ) Time Concluded:  11:55 a.m. |
| | ) Time in Court:  Fifty-Five (55) Minutes |

Before The Hon. Susan Richard Nelson, United States District Court Judge, Saint Paul, Minnesota.

**APPEARANCES**:
For Plaintiff: Hillary Taylor – DOJ-USAO
For Defendant: Kevin DeVore – CJA

**PROCEEDINGS**:
X **Sentencing**

**IT IS ORDERED**:
Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| One (1) and Two (2) of the Indictment | X | | 46 Months as to Count One (1); 46 Months as to Count Two (2), to run concurrent | | Three (3) Years on Count One (1); Three (3) Years on Count Two(2), to run concurrent | | |

X **See J&C for Special Conditions**.

X Counts Three (3), Four (4), Five (5), and Six (6) are DISMISSED on the motion of the United States

X Defendant sentenced to pay:
  X Special Assessment in the amount of $200.00 ($100.00 as to each count).

X Plea and Plea Agreement accepted.

X Defendant is remanded to the custody of the United States Marshal.

X Sealed Matters: Sentencing/sealed documents are sealed for Fifteen (15) years (September 22, 2038).

Dated:  Friday, September 22, 2023

s/*Lynn L. Magee*
Courtroom Deputy to
The Hon. Susan Richard Nelson