CASE 0:22-cr-00100-SRN-ECW   Doc. 139   Filed 03/06/24   Page 1 of 1

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America
v.
Julyen Alonzo Martin

Case No: 22-cr-00100-SRN/ECW-1
USM No: 08043-510

Date of Original Judgment: 09/22/2023
Date of Previous Amended Judgment: 
(Use Date of Last Amended Judgment if Any)

Pro Se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months is reduced to _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

For the reasons previously stated in the Court's order of February 23, 2024 [ECF No. 132], and because no circumstances have changed, Mr. Martin remains ineligible for an adjustment under U.S. Sentencing Guideline § 4C1.1.

Except as otherwise provided, all provisions of the judgment dated 09/22/2023 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 03/06/2024

Effective Date: _____
*(if different from order date)*

s/Susan Richard Nelson
*Judge's signature*

Susan Richard Nelson, U.S. District Judge
*Printed name and title*