UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 22-100 (SRN/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| Julyen Alonzo Martin, | |
| Defendant. | |

Katharine T. Buzicky, Hillary A. Taylor, and William C. Mattessich, United States Attorney's Office, District of Minnesota, 300 S. 4th St., Ste. 600, Minneapolis, MN 55415, for the United States

Julyen Alonzo Martin, #27261, Sherburne County Jail, 13880 Business Center Dr., Ste. 200, Elk River, MN 55330, Pro Se Defendant

SUSAN RICHARD NELSON, United States District Judge

Pending before the Court is the Pro Se Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3852 [Doc. No. 136], filed by Defendant/Petitioner Julyen Alonzo Martin on March 4, 2024. Construing this as a motion for compassionate release, on March 5, 2024, the Court ordered the Government to respond to Martin's motion on or before March 19, 2024, and permitted Martin to file a reply memorandum on or before April 2, 2024. (Mar. 5, 2024 Text-Only Order [Doc. No. 138].)

Because Martin then filed a Pro Se Notice of Appeal to the Eighth Circuit Court of Appeals [Doc. No. 140], appealing this Court's denial [Doc. No. 132] of Martin's first

Motion to Reduce Sentence Under U.S.S.G. Amendment 821, the Court stayed the filing deadlines pending the Eighth Circuit's issuance of a mandate. (Mar. 13, 2024 Order [Doc. No. 148].)

On March 20, 2024, Martin filed a notice [Doc. No. 150] with the Court, clarifying that in his Motion to Reduce Sentence Under 3582 [Doc. No. 136], he again seeks relief pursuant to 18 U.S.C. § 3582(c)(2) (specifically, under the 821 Amendments to the United States Sentencing Guidelines), and not pursuant to § 3582(c)(1)(A) for compassionate release.

On March 25, 2024, the Eighth Circuit denied Martin's appeal [Doc. No. 152], and on May 9, 2024, the court issued its mandate [Doc. No. 157]. In light of Martin's clarification regarding the basis for relief in his Pro Se Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3852 [Doc. No. 136], the Court requires no response from the Government and no additional briefing from Martin.

Date:  May 14, 2024               s/Susan Richard Nelson
                                  Susan Richard Nelson
                                  United States District Judge